**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DRAKEASE HALL,**
ADC # 151761                                                                                              PETITIONER

v.                          Case No. 5:13-cv-00356 KGB-JTK

**RAY HOBBS, Director,**
Arkansas Department of Correction                                                     RESPONDENT

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 12). After careful review of the Proposed Findings and Recommendations and the objections and supplemental objections thereto (Dkt. Nos. 13, 15), as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this petition with prejudice. The Court will not issue a certificate of appealability because petitioner Drakease Hall has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ORDERED this 21st day of May, 2015.

Kristine G. Baker
United States District Judge