# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DRAKEASE HALL,**
**ADC # 151761**                                                                                          **PETITIONER**

**v.**                    **Case No. 5:13-cv-00356 KGB-JTK**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                     **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that the petitioner Drakease Hall's petition for writ of habeas corpus is denied and dismissed with prejudice.

The Court will not issue a certificate of appealability because Mr. Hall has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this 21st day of May, 2015.

_____
Kristine G. Baker
United States District Judge